IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLADISLAV DINCYN, | CASE NO. 5:14-CV-01562-EJD |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on August 8, 2014. Based on the Defendant's Case Management Statement (see Docket Item No. 12), the court has determined that an appearance is premature at this time. Accordingly, the Case Management Conference is CONTINUED to **October 3, 2014** at 10:00 am. On or before September 26, 2014, the parties shall file a Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: August 4, 2014

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:14-CV-01562-EJD
CASE MANAGEMENT ORDER

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADISLAV DINCYN et al, | Case Number: CV14-01562 EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vladislav Dincyn
2305 Dorval Drive
San Jose, CA 95130

Dated: August 4, 2014

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk