**United States District Court**
For the Northern District of California

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4          SAN JOSE DIVISION

5     VLADISLAV DINCYN,                    CASE NO. 5:14-cv-01562 EJD

6                                          **ORDER TO SHOW CAUSE**

                  Plaintiff(s),
7        v.

8     LIFE INSURANCE COMPANY OF
      NORTH AMERICA,
9

10                Defendant(s).

11   _____/

12          On August 4, 2014, this court issued an order which scheduled a continued Case

13   Management Conference on October 3, 2014, and required the parties to file a Joint Case

14   Management Conference Statement on or before September 26, 2014.  See Docket Item No. 13.  As

15   of the date and time this order was filed, the parties have not complied as directed.

16          Accordingly, the court hereby issues an order to show cause why this action should not be

17   dismissed for failure to prosecute or for failure to comply with a court order.  If Plaintiff does not,

18   **by October 14, 2014,** file or cause to be filed a Joint Case Management Conference Statement or

19   otherwise demonstrate good cause in writing why this case should not be dismissed, the court will

20   dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will

21   be held on the order to show cause unless otherwise ordered by the court.

22          In light of this order, the Case Management Conference scheduled for October 3, 2014, is

23   VACATED and will be reset, if necessary, upon resolution of the issue discussed herein.

24   **IT IS SO ORDERED.**

25

26   Dated:  September 30, 2014

27                                               EDWARD J. DAVILA
                                                 United States District Judge

28

                                              1
     CASE NO. 5:14-cv-01562 EJD
     ORDER TO SHOW CAUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADISLAV DINCYN,<br><br>      Plaintiff,<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>      Defendant. | Case No.  14-cv-01562-EJD<br><br>**CERTIFICATE OF SERVICE** |

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

     That on 9/30/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

     Vladislav  Dincyn
     2305 Dorval Drive
     San Jose, CA 95130

Dated: 9/30/2014

Richard W. Wieking
Clerk, United States District Court

By: _Elizabeth C Garcia_
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA

United States District Court
Northern District of California