UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VLADISLAV DINCYN,

    Plaintiff,

  v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

Case No.  5:14-cv-01562 EJD

**ORDER TO SHOW CAUSE RE: SETTLEMENT**

The parties, having filed a Notice of Settlement on **October 7, 2014** (Docket Item No. 15), are ordered to appear before the Honorable Edward J. Davila on **November 14, 2014 at 9:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before **November 7, 2014**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **November 7, 2014.**

All other pretrial deadlines and hearing dates are VACATED and any pending motions are TERMINATED.  The Order to Show Cause issued on September 30, 2014 (Docket Item No. 14) is DISCHARGED.  Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated:  October 21, 2014

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-01562 EJD
ORDER TO SHOW CAUSE RE: SETTLEMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADISLAV DINCYN,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 14-cv-01562-EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/21/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vladislav Dincyn
2305 Dorval Drive
San Jose, CA 95130

Dated: 10/21/2014

Richard W. Wieking
Clerk, United States District Court

By: *Elizabeth C Garcia*
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA