UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLADISLAV DINCYN,<br><br>          Plaintiff,<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Defendant. | Case No.  5:14-cv-01562 EJD<br><br>**ORDER DISMISSING CASE** |

After the parties filed a Notice of Settlement, the court issued an Order to Show Cause ("OSC") on October 21, 2014, which required the parties to file either a dismissal or joint statement providing the status of the settlement on or before November 7, 2014.  The court also scheduled a hearing on the OSC for 10:00 a.m. on November 14, 2014, and advised that failure to comply with the requirements of the OSC would result in the dismissal of the action.

As of the time this order was filed, the parties have not complied with the OSC by filing a dismissal or status statement, and no party appeared at the hearing on November 14, 2014.  Accordingly, this action is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated:  November 14, 2014

EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-01562 EJD
ORDER DISMISSING CASE

1